UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISUAL INTERACTIVE PHONE CONCEPTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRICKET COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 07 CV 1991 DMS (LSP) <br><br> **JOINT MOTION FOR ORDER DISMISSING ACTION WITH PREJUDICE** |

The parties, by and through their respective counsel, hereby jointly move for an Order dismissing the above-referenced action (the "Action") as follows:

### Recitals

1. Whereas the parties have reached a confidential settlement of the dispute that is the subject matter of the Action.

### Stipulation

In light of the foregoing, the parties jointly move for an Order dismissing the Action as follows:

1. The Action, including, without limitation, all claims and counterclaims asserted in the Action, is hereby dismissed <u>with prejudice</u> as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure; and

2. Each party shall bear its own costs and attorneys fees.

Dated: August 6, 2008                          ZIMMERMAN, LEVI & KORSINSKY, LLP

   /s/ Jean Marc Zimmerman (w/permission)
Jean-Marc Zimmerman (Admitted Pro Hac Vice)
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
email: jmzim merman@zlk.com
Attorneys for Plaintiff
Visual Interactive Phone Concepts, Inc.


LATHAM & WATKINS LLP


   /s/ Stephen P. Swinton
Stephen P. Swinton
Sean S. Pak
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Tel: (858) 523-5400
Fax: (858) 523-5450
email: steve.swinton@lw.com
Attorneys for Defendant
Cricket Communications, Inc.

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 12636 High Bluff Drive, Suite 400, San Diego, CA 92130.

On August 6, 2008, I served the following document described as:

1. JOINT MOTION FOR ORDER DISMISSING ACTION WITH PREJUDICE

by serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC FILING

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Anatoly S. Weiser, Esq.<br>Law Offices of Anatoly S. Weiser<br>3525 Del Mar Heights Rd. #295<br>San Diego, CA 92130<br>Telephone: (858) 720-9431<br>Facsimile: (858) 720-8631<br>Email: aw@IPLcounsel.com | Jean-Marc Zimmerman, Esq.<br>Zimmerman, Levi & Korsinsky LLP<br>226 St. Paul Street<br>Westfield, NJ 07090<br>Telephone: (908) 654-8000<br>Facsimile: (908) 654-7207<br>Email: jmzimmerman@zlk.com |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 6, 2008, at San Diego, California.

_Alison L. Montera_
Alison L. Montera